Nicole Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Barry Somers_____

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: **CR 11-0830 EMC** |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING DEFENDANT TO SEARCH FOR EMPLOYMENT** |
| v. | |
| BARRY SOMERS, | |
| Defendant. | |

1. On November 4, 2011, a detention hearing was held and the Court ordered Mr. Somers released from U.S. Marshall Custody. Mr. Somers was ordered to reside in a Halfway House and abide by the rules of the Halfway House.

2. Mr. Somers complied with that order and has been residing at the Geo Services Halfway House for nearly two weeks.

3. Currently, Mr. Somers is only authorized to leave the Halfway House for doctor's appointments, court hearings, and authorized legal appointments. Mr. Somers is not allowed to leave the Halfway House to job search.

4. Mr. Somers would like to be allowed to leave the Halfway House to look for work. Victoria Gibson, Mr. Somers's pre-trial service case manager, agrees that Mr. Somers should be permitted to leave the Halfway House to search for a job.

5. In light of the above, Mr. Somers respectfully requests that the Court order the Halfway House to allow Mr. Somers to leave the Halfway House to look for work, as approved by pre-trial services.

6. The government does not object to the request that Mr. Somers be permitted to leave the Halfway House to look for work, as approved by pre-trial services.

**It is so stipulated.**

| | |
|---|---|
| _____November 17, 2011___ | _____/s/_____ |
| Dated | Kevin Barry |
| | Assistant United States Attorney |
| | |
| _____November 17, 2011___ | _____/s/_____ |
| Dated | Nicole Giacinti |
| | Counsel for Barry Somers |

**It is so ordered.**

11/28/11
_____
Dated

The _____
United _____

Judge Joseph C. Spero