Nicole Giacinti (SBN 233121)
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 553-3902
Fax: (415) 848-9130

Counsel for Defendant, Barry Somers

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.: **CR 11-0830 EMC** |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT A DAY PASS** |
| v. | |
| BARRY SOMERS, | |
| Defendant. | |

1. On November 4, 2011, a detention hearing was held and the Court ordered Mr. Somers released from U.S. Marshal Custody. Mr. Somers was ordered to reside in a Halfway House and abide by the rules of the Halfway House.

2. Mr. Somers complied with that order and has been residing at the Geo Services Halfway House for over 5 months.

3. Mr. Somers is gainfully employed and has been abiding by the rules of the halfway house and those of pre-trial services.

4. Mr. Somers' birthday is coming up on April 24th and he would like to be granted a 12 hour pass on his day off to celebrate his birthday.

5. As such, Mr. Somers respectfully requests that the Court order the Halfway House to grant Mr. Somers a 12 hour pass to celebrate his birthday with his girlfriend, Mimi

Adams, and her family at 25 Montego Key, Novato, California, on Wednesday, April 25, 2012, as directed by pre-trial services.

6. Neither the government nor pretrial services objects to the request that Mr. Somers be granted a 12 hour pass on April 25, 2012, to be used as directed by pre-trial services.

**It is so stipulated.**

_____April 19, 2012_____  
Dated

_____/s/_____  
Kevin Barry  
Assistant United States Attorney

_____April 19, 2012_____  
Dated

_____/s/_____  
Nicole Giacinti  
Counsel for Barry Somers

**It is so ordered.**

 4/19/2012  
_____  
Dated

_____  
The Honorable Joseph Spero,  
United States Magistrate Judge